No. 18,393.

W. H. HOLMES, *Appellant,* v. F. H. HOLT et al., *Appellees,* and ROBERT W. HOLMES et al., *Appellants.*

OPINION ON REHEARING.

Appeal from Shawnee district court, division No. 1; ALSTON W. DANA, judge. Opinion on rehearing filed April 11, 1914. Reaffirmed. (For original opinion see 90 Kan. 774, 136 Pac. 246.)

*W. R. Hazen,* of Topeka, for the appellant.

*Bennett R. Wheeler,* and *John F. Switzer,* both of Topeka, for the appellees.

*Per Curiam:* This case was very fully presented and ably argued by counsel for both parties, and was decided upon the questions which were considered determinative of all the issues involved therein.

On rehearing certain questions have been again fully presented and have been again considered. The court is satisfied with the original opinion (*Holmes v. Holt,* 90 Kan. 774, 136 Pac. 246), and it is adhered to.